**FILED**
JAMES J. VILT, JR. - CLERK

DEC 22 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

DONSHAIS CALBERT
RIQUEL LOGAN

INDICTMENT

NO. 3:21-CR-164-CHB

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about November 12, 2021, in the Western District of Kentucky, Nelson County, Kentucky, **DONSHAIS CALBERT**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number HVT0653, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 8, 2020, in Nelson Circuit Court, Nelson County, Kentucky, in Case Number 20-CR-00188, **DONSHAIS CALBERT**, was convicted of the offenses of Wanton Endangerment in the First Degree (2 counts); and

> On or about August 31, 2020, in Washington Circuit Court, Washington County, Kentucky, in Case Number 19-CR-00099-001, **DONSHAIS CALBERT**, was convicted of the offenses of Possession of a Controlled Substance in the First Degree, First Offense – Cocaine and Trafficking in Marijuana, 8 ounces to less than 5 pounds.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about November 12, 2021, in the Western District of Kentucky, Nelson County, Kentucky, **RIQUEL LOGAN**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number HVT0653, with knowledge that she had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about August 31, 2020, in Washington Circuit Court, Washington County, Kentucky, in Case Number 19-CR-00099-001, **RIQUEL LOGAN**, was convicted of the offense of Trafficking in Marijuana, 8 ounces to less than 5 pounds.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Cocaine)*

On or about November 12, 2021, in the Western District of Kentucky, Nelson County, Kentucky, **DONSHAIS CALBERT**, a defendant herein, knowingly and intentionally possessed with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 and 2 of this Indictment, **DONSHAIS CALBERT** and **RIQUEL LOGAN**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Smith and Wesson, unknown model, .45 caliber pistol, bearing serial number HVT0653.

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as specifically charged in Count 3 of this Indictment, a felony punishable by imprisonment for more than one year, **DONSHAIS CALBERT**, a defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including, but not limited to $6,901 in United States currency and a red 2016 Dodge Durango, bearing Kentucky Registration 021ZSD and VIN Number 1C4SDJCT8GC345259.

A TRUE BILL.

Redacted

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:12222021

UNITED STATES OF AMERICA v. **DONSHAIS CALBERT** and **RIQUEL LOGAN**

## PENALTIES

Counts 1 and 2:    NM 10yrs/$250,000/both/NM 3 yrs. Supervised Release
Count 3:    NM 20 yrs/$1,000,000/both/NL3 yrs. Supervised Release
    (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release (with notice of one prior qualifying conviction))

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.